CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Justin Eugene Katzer**<br>DOB: 1993; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**25-05483MJ** |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) 1324(a)(1)(B)(i).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about September 1, 2025, in the District of Arizona, **Justin Eugene Katzer**, knowing and in reckless disregard of the fact that certain illegal aliens, including Juan Manuel Moreno-Chavez, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On September 1, 2025, in the District of Arizona (Willcox), at approximately 11:30 a.m., Border Patrol agents (BPAs) received information from other agents that a maroon 2005 Toyota Camry was suspected to be transporting illegal aliens, leaving the San Simon, Arizona area. BPAs positioned in the median of Interstate 10 (I-10) between mile posts 378 and 379 observed the Camry travelling west on I-10 at 11:35 a.m. and noted that it was bearing an Oklahoma license plate. The driver of the Camry appeared tense and was only looking straight ahead. As BPAs pulled alongside the Camry, they noticed that there were two passengers in the backseat of the vehicle. BPAs noted that there was no front seat passenger. BPAs then got behind the Camry and the vehicle accelerated away from them while weaving dangerously between other cars and semi-trucks. BPAs maintained visual of the Camry from a safe distance and noticed that it exited I-10 at mile post 344 and continued west towards the town of Willcox, Arizona. BPAs followed the Camry as it pulled into a gas station on the corner of Stewart and Haskell Avenue in Willcox. As BPAs exited their vehicle for a consensual encounter, the driver of the Camry, identified as **Justin Eugene Katzer**, quickly exited his vehicle and nervously began speaking to the BPAs. When **Katzer** was questioned about the other two individuals in the Camry, he stated, "They are my friends". BPAs noted that the two other individuals in the vehicle remained quiet and looked like they were hiding. **Katzer** then began to retreat, and BPAs detained him. As **Katzer** was being detained, one of the individuals from the rear seat of the Camry opened the vehicle door and absconded. BPAs performed an immigration inspection on the other individual in the backseat, identified as Juan Manuel Moreno-Chavez, and determined him to be a citizen of Mexico illegally present in the United States. Record checks revealed that Juan Manuel Moreno-Chavez does not possess the proper documentation to enter, pass through, or remain in the United States legally. **Katzer** was determined to be a United States citizen and taken into custody. BPAs searched for the individual that fled but were unsuccessful in finding him.

At approximately 12:02 p.m., agents advised **Katzer** of his *Miranda* rights and **Katzer** stated that he was being paid $1,000 to $3,000 to transport the individuals and he was using the Signal app to communicate with the person coordinating the event.
**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Juan Manuel Moreno-Chavez

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>/s/ |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent |

Sworn by telephone __x__

| SIGNATURE OF MAGISTRATE JUDGE[1]<br>Maria S. Aguilera | DATE<br>September 2, 2025 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Price

**Continued from front page.**

Material witness Juan Manuel Moreno-Chavez stated that he is a citizen of Mexico and that he was going to pay a total of $8,000 to be smuggled into the United States. He already paid $1,500 in Mexico and was going to pay the rest once he arrived in Phoenix, Arizona. He crossed the border east of Agua Prieta, Sonora with four other individuals and two foot guides and walked through the mountains for a week before arriving at a road overlooking a ranch. The guides then told the group to wait there until a vehicle arrived to pick them up. A vehicle then picked them up and took them to a white trailer. At approximately 11:00 a.m., a maroon Toyota sedan arrived at the trailer and picked up him and one other individual from the group while the other two individuals stayed behind. Moreno-Chavez described the driver of the Camry as a tall, white male with a mullet style haircut, beard, and blue eyes. The driver appeared to be speaking with someone on the phone in English, and Moreno-Chavez was able to understand the English language. Moreno-Chavez heard the driver ask for a new route of travel because Department of Public Safety was following him. Moreno-Chavez stated he heard the driver say "I have DPS on my ass." The driver then began driving erratically and weaving through traffic before driving to a gas station and stopping. At the gas station, Moreno-Chavez noticed several Border Patrol vehicles pull beside the sedan. He then stated that the other individual fled from the vehicle while he and the driver stayed.

After waiving his *Miranda* rights, **Justin Eugene Katzer** stated that he recently moved to Phoenix, Arizona from Oklahoma and was looking for a job in fast food. When he was unable to find a job in fast food, he began looking for employment on Facebook and found a group called Cash for Jobs in Phoenix. The group advertised pay of $500 to $2,000 for chauffer jobs. **Katzer** stated that he thought it was a great opportunity and thought he would be driving for wealthy people. He responded to the page and received a response several days later. He began using WhatsApp to communicate with the person managing the jobs and the person assured him that the job was legal and legitimate. After being directed to drive to Bisbee on August 30 and 31, and, ultimately, no one arriving for a ride, he was getting aggravated. On the morning of his arrest, **Katzer** received a message from the coordinator stating that two people were ready to be picked up at an address in San Simon. **Katzer** felt that it was odd to be picking up wealthy people in that area. When he arrived in San Simon, **Katzer** stated he began noticing red flags. The house he arrived at was a rundown white trailer and he had to drive through obstacles to get to the door. Once he passed through a tight-squeezed fenced area, a thin man waived him over towards a shed. The individual then slid a piece of plywood over, and two individuals got out of the shed and into his vehicle. The two individuals that entered his vehicle spoke English and **Katzer** stated that this made him feel better about the situation. **Katzer** stated that twenty minutes after leaving the trailer, he saw Border Patrol agents following him. He stated he slowed down so the agent could see into the car and when the agent backed off, he heard one of the individuals in the backseat say, "that was close". **Katzer** then turned to the individuals and asked them if they had papers, and they just looked at each other and did not say anything. **Katzer** then felt unsure and drove off to deter the Border Patrol. **Katzer** then noticed that he needed gas, so he took an exit in Willcox, Arizona and pulled into a gas station. **Katzer** stated the agents asked if he was with anyone else and **Katzer** stated that he pointed to the two individuals sitting in the backseat of his vehicle. **Katzer** said when he saw one of the individuals run away from the vehicle, he knew something was wrong and that the individual that ran was an illegal alien.